US006857753B2

(12) **United States Patent**            (10) **Patent No.:**     **US 6,857,753 B2**
Kane                                      (45) **Date of Patent:**      **Feb. 22, 2005**

(54) **PANEL ATTACHMENT SYSTEM**

(75) Inventor: **Michael T. Kane,** Fairport, NY (US)

(73) Assignee: **Blue Ridge International Products Company,** Freeport, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 55 days.

(21) Appl. No.: **10/226,566**

(22) Filed: **Aug. 23, 2002**

(65) **Prior Publication Data**

US 2003/0039041 A1  Feb. 27, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/314,723, filed on Aug. 24, 2001.

(51) **Int. Cl.⁷** ............................................. **G02B 7/182**
(52) **U.S. Cl.** ...................... **359/872;** 359/871; 359/875; 359/876; 359/877; 359/878; 359/879
(58) **Field of Search** ................................. 359/872, 871, 359/875–880, 838, 857, 860; 248/497, 490, 475.1, 476, 477, 481, 496, 498; 368/10, 45, 97–99; 340/326, 555–556

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,383,626 A | | 5/1983 | Weinblatt |
| 4,623,177 A | * | 11/1986 | McKinney ................... 292/87 |
| 4,681,368 A | | 7/1987 | Heath et al. |
| 4,702,572 A | | 10/1987 | Cossey |
| 4,712,892 A | | 12/1987 | Masucci |
| 4,733,956 A | | 3/1988 | Erickson |
| 4,902,118 A | | 2/1990 | Harris |
| 4,909,618 A | | 3/1990 | Gardner |
| 5,103,347 A | | 4/1992 | Lumbra et al. |
| 5,285,321 A | | 2/1994 | Nolan-Brown |
| 5,576,898 A | | 11/1996 | Rubin |
| 6,006,462 A | * | 12/1999 | Lackomar ................... 40/593 |

| | | | |
|---|---|---|---|
| 6,030,085 A | | 2/2000 | Leam et al. |
| 6,039,455 A | | 3/2000 | Sorenson |
| 6,120,155 A | | 9/2000 | Brennan et al. |
| 6,283,622 B1 | | 9/2001 | Chupp et al. |
| 6,305,810 B1 | | 10/2001 | Mercado |
| 6,354,708 B1 | * | 3/2002 | Monahan et al. .......... 359/871 |
| 6,554,357 B2 | * | 4/2003 | Moffa ........................ 297/253 |
| 2001/0008266 A1 | | 7/2001 | Lambert |

FOREIGN PATENT DOCUMENTS

WO        WO 03/018362        3/2003

OTHER PUBLICATIONS

NHTSA web page "Top Anchorage System" http://www.nhtsa.dot.gov/people/injury/childps/toptether/index.html (downloaded from internet Aug. 16, 2002; effective date unknown).

NHTSA web page "LATCH: Lower Anchors and Tethers for Children" http://www.nhtsa.dot.gov/people/injury/childps/csr2001/csrhtml/LATCH.html (downloaded from internet Jul. 26, 2002; effective date unknown).

NHTSA web page "Types of Child Safety Seats" http://www.nhtsa.dot.gov/people/injury/childps/safetycheck/TypeSeats/index.htm (downloaded from internet Aug. 18, 2002; effective date unknown).

(List continued on next page.)

*Primary Examiner*—Mohammad Sikder
(74) *Attorney, Agent, or Firm*—Carter Schnedler & Monteith, P.A.

(57) **ABSTRACT**

A viewing panel device, such as a mirror device used inside a motor vehicle for observing an infant in a rear-facing child safety seat secured to the rear seat of the vehicle. The viewing panel device may be employed in a plurality of attachment configurations, for use with a plurality of possible vehicle configurations. In one configuration, the top tether anchorage point included in newer vehicles as part of the LATCH anchorage point system is employed.

**9 Claims, 6 Drawing Sheets**



**US 6,857,753 B2**

Page 2

OTHER PUBLICATIONS

Car–Safety.org weg page "LATCH and Top Tether Information for Child Restraints" http://user.mc.net/~carseat/latch.html (downloaded from internet Jul. 26, 2002; effective date unknown).

International Search Report mailed Nov. 20, 2002 in corresponding application PCT/US 02/26722.

Baby–in–Sight™ product packaging (one sheet), and two photos of product in use. Blue Ridge International Products Company. (Mar. 2000).

"Bear View" product hang tag (two sheets when copied). Although marked with Pat. No. 6,030,085, the effective date is unknown.

"Bear View™ Infant Mirror." From website www.bearview.net. Downloaded May 8, 2003, but effective date is unknown.

Redacted letter Jun. 3, 2003 (pp. 1 and 3 only) from Bruce H. Johnsonbaugh, of Eckhoff & Hoppe, attorneys for See Me Smile Products, Inc. regarding hangtag for "BearView" mirror attachment, with Exhibits A, B and C.

* cited by examiner



FIG.1

Case 2:15-cv-01355-GW-JEM   Document 1-1   Filed 02/25/15   Page 4 of 12   Page ID #:13



FIG.2



FIG.3



FIG.4

Exhibit A



FIG.5

FIG.6

Case 2:15-cv-01355-GW-JEM   Document 1-1   Filed 02/25/15   Page 7 of 12   Page ID #:16



FIG.7

FIG.8



FIG.9

FIG.10

US 6,857,753 B2

1

# PANEL ATTACHMENT SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATION

The benefit of U.S. Provisional Patent Application Ser. No. 60/314,723, filed Aug. 24, 2001, is claimed.

## BACKGROUND OF THE INVENTION

The invention relates to attachment systems for panels attached to seats of vehicles, such as but not limited to mirrors used inside a motor vehicle for observing an infant in a rear-facing child safety seat secured to the rear seat of the vehicle.

Mirror devices used inside a motor vehicle for observing an infant in a rear-facing child safety seat secured to the rear seat of the vehicle are disclosed, for example, in the following Cossey U.S. Pat. No. 4,702,572; Masucci U.S. Pat. No. 4,712,892; Erickson U.S. Pat. No. 4,733,956; Harris U.S. Pat. No. 4,902,118; Gardner U.S. Pat. No. 4,909,618; Lumbra et al U.S. Pat. No. 5,103,347; Nolan-Brown U.S. Pat. No. 5,285,321; Rubin U.S. Pat. No. 5,576,898; Sorenson U.S. Pat. No. 6,039,455; Brennan et al U.S. Pat. No. 6,120,155; Mercado U.S. Pat. No. 6,305,810 and Monahan et al U.S. Pat. No. 6,354,708.

Very briefly, in such devices, a mirror is mounted near the top of the rear seat of a motor vehicle in such a way that the driver of the vehicle, by looking in the conventional rear view mirror, can observe in the mirror mounted near the top of the rear seat an infant in a child safety seat of the type in which the infant is positioned facing the rear of the vehicle. A variety of attachment methods for such mirror devices have been proposed and employed.

## SUMMARY OF THE INVENTION

In one aspect, the invention is embodied in a viewing panel device having a plurality of attachment configurations for use in vehicles including a relatively rearwardly-positioned vehicle seat with a seat back having a top surface, and of a plurality of possible vehicle configurations including in vehicles having a top tether anchorage point intended for attachment of the top tether of a forward-facing child safety seat, and in vehicles having a headrest positioned over the vehicle seat back. The device includes a generally vertical viewing panel having a front viewing surface and a rear surface. A bottom panel is connected to the viewing panel generally on the rear surface and on a lower portion thereof. The bottom panel has a top surface and a headrest positioned there-surface that can contact the seat back top surface. A fastener element is connected to the viewing panel on an upper portion thereof. A diagonal support element can extend between the viewing panel rear surface and the bottom panel top surface, and is removably attachable at one end. A tether strap extends from the bottom panel and terminates in a fastener that can be attached either to the top tether anchorage point in a vehicle so configured, or to the fastener element when the tether strap is looped around the headrest in a vehicle so configured.

In another aspect, the invention is embodied in a viewing panel device for use in a vehicle including a relatively rearwardly-positioned vehicle seat with a seat back having a top surface, and including a top tether anchorage point intended for attachment of the top tether of a forward-facing child safety seat. The device includes a generally vertical viewing panel having a front viewing surface and a rear surface. A support structure is connected to the viewing

2

panel generally on the rear surface thereof. The support structure includes a portion that contacts the seat back top surface. A tether strap extends from the support structure and terminates in a fastener that attaches to the top tether anchorage point.

In yet another aspect, the invention is embodied in a viewing panel device for use in a vehicle including a relatively rearwardly-positioned vehicle seat with a seat back having a top surface and a headrest positioned there-over. The device includes a generally vertical viewing panel having a front viewing surface and a rear surface. A bottom panel is connected to the viewing panel generally on the rear surface and on a lower portion thereof. A fastener element is connected to the viewing panel on an upper portion thereof. A tether strap extends from the bottom panel and terminates in a fastener element when the tether strap is looped around the headrest.

In still another aspect, the invention is embodied in a viewing panel device for use in a vehicle including a rear vehicle seat with a seat back having a top surface, and a rear shelf behind the seat back. The device includes a generally vertical viewing panel having a front viewing surface and a rear surface. A support structure is connected to the viewing panel generally on the rear surface thereof. The support structure includes a portion that contacts the seat back top surface. A tail extends from the support structure and is tucked in between the vehicle seat back and the rear shelf for frictional engagement.

In another aspect, the invention is embodied in a viewing panel device for use in a vehicle including a relatively rearwardly-positioned vehicle seat with a seat back having a top surface and a rear surface. The device includes a generally vertical viewing panel having a front viewing surface and a rear surface. A support structure is connected to the viewing panel generally on the rear surface thereof. The support structure includes a portion that contacts the seat back top surface, and has an extending tail. The extending tail has a fastener element on the underside thereof for removably fastening to the vehicle seat rear surface.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a diagrammatic illustration of a vehicle including a mirror device for observing an infant in a rear-facing child safety seat secured to the rear seat of the vehicle;

FIG. **2** is a three-dimensional view of a viewing panel device embodying the invention in the exemplary form of a mirror device, for use with a plurality of possible vehicle configurations, and correspondingly capable of being employed in several attachment configurations;

FIG. **3** is a side elevational view depicting the mirror device of FIG. **2** employed in a first attachment configuration, referred to herein as a "Tether Attachment" configuration;

FIG. **4** is an enlarged three-dimensional view of a portion of FIG. **3**, depicting attachment to the top tether anchorage point of a LATCH anchorage point system;

FIG. **5** is a side elevational view depicting the mirror device of FIG. **2** employed in a second attachment configuration, referred to herein as a "Headrest Attachment" configuration;

FIG. **6** is a three-dimensional view, generally from the rear, of the mirror device employed in the "Headrest Attachment" configuration of FIG. **5**;

FIG. **7** is a side elevational view of the mirror device of FIG. **2** employed in a third attachment configuration, referred to herein as a "Tuck Attachment" configuration;

US 6,857,753 B2

3

FIG. **8** is a three-dimensional view, generally from the rear, of the mirror device employed in the "Tuck Attachment" configuration of FIG. **7**;

FIG. **9** is a side elevational view of the mirror device of FIG. **2** employed in a fourth attachment configuration, referred to herein as a "Fastener Attachment" configuration; and

FIG. **10** is a three-dimensional view, generally from the rear, of the mirror device employed in the "Fastener Attachment" configuration of FIG. **9**.

DETAILED DESCRIPTION

Referring first to FIG. **1**, represented is a vehicle **20** in the form of an automobile **20** including a front vehicle seat **22** and a rearwardly-positioned vehicle seat **24**. In FIG. **1** the seat **24** is the rear vehicle seat, since there are only front and rear seats and no intermediate seats in the particular vehicle **20** of FIG. **1**.

The rear vehicle seat **24** has a seat back **26** with a top surface **28**. Behind the seat back **26**, and extending up to a rear window (not shown), is a rear shelf **32**, which also may be referred to as a rear filler panel **32**.

On and secured to the rear vehicle seat **24** is a rear-facing child safety seat **34** secured by a seatbelt assembly **36** in conventional manner. An infant **38** is seated in the child safety seat **34**.

In the front vehicle seat **24** is a driver **40**, who may wish to observe the infant **38**. A conventional rear view mirror **42** is attached to the vehicle front windshield **44**, but this rear view mirror **42** alone is not sufficient for observing the infant **38**, since the infant **38** is facing the rear.

Accordingly, and as noted hereinabove, a variety of mirror devices have been proposed, generally in the form of a mirror mounted in some manner near the top of the rear seat **24** in such a way that the driver **40** can observe the infant **38** by looking in the rear view mirror **42**.

A mirror device of this general type and embodying the invention is designated **50**. In FIG. **1**, the mirror device **50** is shown by way of example in one of its several possible attachment configurations, in particular the "Tether Attachment" configuration described hereinbelow in detail with reference to FIGS. **3** and **4**. The mirror device **50** includes a reflective front surface **52** comprising a non-glass (for safety reasons) mirror **52**. As indicated by an optical axis **54**, the mirror device **50** enables observation of the infant **38** in the rear-facing child safety seat **34**.

FIG. **2** shows the mirror device **50** embodying the invention in isolation and in greater detail. Although the device **50** is shown in FIG. **1** as a mirror device positionable for viewing the infant **38** in the rear-facing child safety seat **34**, such is representative of a viewing panel device **50** in general, which may or may not include a mirror. For example, a viewing panel device **50** embodying the invention may include ornamentation, fixed, removable, or both, for entertaining the infant **38**. Or the viewing panel device **50** may comprise an educational activity panel.

A feature of the viewing panel device **50** is that it embodies a plurality of attachment methods or configurations and can be used in vehicles of various possible vehicle configurations. Thus described hereinbelow with reference to FIGS. **3** and **4** is the manner in which the device **50** is attached in the "Tether Attachment" configuration advantageously employing the upper tether anchorage point of a LATCH anchorage point system. Described hereinbelow with reference to FIGS. **5** and **6** is the manner in which the

4

device **50** is installed in the "Headrest Attachment" configuration. Described hereinbelow with reference to FIGS. **7** and **8** is the manner in which the device **50** is installed in the "Tuck Attachment" configuration. Described hereinbelow with reference to FIGS. **9** and **10** is the manner in which the device **50** is installed in the "Fastener Attachment" configuration.

Referring now particularly to FIG. **2**, the viewing panel device **50** includes a relatively rigid mirror and backing assembly **60** including the reflective front surface **52**, that is, the mirror **52**, and a fabric rear surface **64**, surrounding a core of polyurethane foam (not shown). The mirror and backing assembly **60** thus is representative of a viewing panel **60**, which may or may not include a mirror. The mirror and backing assembly **60** or viewing panel **60** is generally vertical during use, although not exactly so, since the mirror **52** is positioned at an appropriate angle for viewing the infant along the optical axis **54** as is diagrammed in FIG. **1**. A bottom panel **66** is attached to the mirror and backing assembly **60** generally on the rear surface **64** on a lower portion **68** thereof. The bottom panel **66** has a top surface **70** and a bottom surface **72**. Preferably, the bottom surface **72** comprises an anti-skid fabric, such as a rubberized fabric, stitched or otherwise attached to the remainder of the bottom panel **66**. During use, the anti-skid bottom surface **72** contacts the seat back top surface **28**.

The viewing panel device **50** additionally includes a diagonal support element **74** that can extend between the viewing panel rear surface **64** at an upper end **76** of the support element **74** and the top surface **70** of the bottom panel **66** at a lower end **78** of the support element **74**. The support element **74** is employed in the "Tether Attachment" configuration of FIGS. **3** and **4**, in the "Tuck Attachment" configuration of FIGS. **7** and **8** and in the "Fastener Attachment" configuration of FIGS. **9** and **10**, each described hereinbelow. The support element **74** is removably attachable to one of the viewing panel **60** rear surface **64** and the bottom panel **66** top surface **70**. The bottom panel **66** and the diagonal support element **74** together comprise a support structure **86** connected to the mirror and backing assembly **60** or viewing panel **60**.

In the illustrated embodiment, the diagonal support element **74** more particularly has its upper end **76** hingedly attached to the rear surface **64** on an upper portion **82** thereof, and is accordingly permanently attached on the upper portion **82** of the rear surface **64** of the mirror and backing assembly **60**. The support element **74** extends diagonally during use between the upper portion **82** and the top surface **70** of the bottom panel **66**. The support element **74** at its lower end **78** has a flap **84**. Secured to the underside of the flap **84** is a strip **86** of an element of a hook-and-loop fastener system (e.g. Velcro®), in particular the "hook" element **86**. The top surface **70** of the bottom panel **66** is of a fabric pile material and serves as the "loop" element of the hook-and-loop fastener system at substantially any point along the top surface **70**. The support element **74** generally comprises fabric surrounding a core of a soft plastic material such as plastic regrind, and is sufficiently stiff to provide structural integrity.

Also attached or connected to the mirror and backing assembly **60** or viewing panel **60** on the upper portion **78** of the rear surface **64** is a fastener element **88** in the form of a D-ring **88**. The D-ring **88** is employed during use of the mirror device **50** or viewing panel device **50** in the "Headrest Attachment" configuration of FIGS. **5** and **6**, described hereinbelow.

Attached to and extending rearwardly from the bottom panel **66** of the support structure **86** is a tether strap **90**. At

US 6,857,753 B2

5

its free or distal end 92 the tether strap 90 terminates in a length-adjustment buckle 94 and a fastener 96 in the form of a J-Hook 96. The tether strap 90 and J-Hook 96 are employed during use of the mirror device 50 or viewing panel device 50 in the "Tether Attachment" configuration of FIGS. 3 and 4 and in the "Headrest Attachment" configuration of FIGS. 5 and 6, each described hereinbelow.

The bottom panel 66 also has an extending tail 98. At the distal end 100 of the extending tail, on the underside thereof, is a strip 102 of an element 102 of a hook-and-loop fastener system (e.g. Velcro®), such as the "hook" element 102. The extending tail 98 is employed during use of the mirror device 50 or viewing panel device 50 in the "Tuck Attachment" configuration of FIGS. 7 and 8, described hereinbelow. The extending tail 98 and the "hook" element 102 are employed during use of the mirror device 50 or viewing panel device 50 in the "Fastener Attachment" configuration of FIGS. 9 and 10, described hereinbelow.

FIGS. 3 and 4 more particularly illustrate the mirror device 50 or, more generally, the viewing panel device 50, in the first attachment configuration referred to herein as the "Tether Attachment" configuration. The attachment configuration of FIGS. 3 and 4 employs a top tether anchorage point 110 included in newer automobiles, as mandated by U.S. federal regulation, in particular, through the National Highway Traffic Administration (NHTSA), as part of the so-called LATCH anchorage point system (Lower Anchors and Tethers for CHildren). The LATCH anchorage points are intended for use in combination with forward-facing child safety car seats. When the LATCH anchorage points are employed, the vehicle seat belt system is not required for the installation of a forward-facing child safety car seat. Such forward-facing child safety car seats can have a tether at their upper end, which cooperates with the top tether anchorage point 110. However, in the case of a rear facing infant car seat, the top tether anchorage point 110 is not generally used in combination with the infant car seat, and accordingly is available for other uses. In the particular vehicle configuration represented in FIGS. 3 and 4, the top tether anchorage point 110 is located on the vehicle rear shelf 32 or rear filler panel 32.

In the "Tether Attachment" configuration of FIGS. 3 and 4, the bottom panel 66 is placed over the top surface 28 of the rear seat 24 of the vehicle 20, and the J-hook 96 is attached to the top tether anchorage point 110. In the "Tether Attachment" configuration of FIGS. 3 and 4, the D-ring 88 is not employed, nor is the extending tail 98. The buckle 94 and the support structure 80, more particularly the support element 74 thereof, are adjusted so that the mirror device 50 is in an appropriate position, and the mirror and backing assembly 60 is at a suitable angle for viewing the infant 38 along the optional axis 54 as is diagrammed in FIG. 1.

FIGS. 5 and 6 more particularly illustrate the mirror device 50 or, more generally, the viewing panel device 50, in the second attachment configuration, referred to herein as the "Headrest Attachment" configuration. In the attachment configuration of FIGS. 5 and 6, the mirror device 50 is employed in combination with a rearwardly-positioned vehicle seat 120 which may or may not be the rearmost seat in the vehicle. The seat 120 includes a seat back 122 having a top surface 124. In addition, the seat 120 has a headrest 126 positioned over the top surface 124. The "Headrest Attachment" configuration may be employed in an older vehicle that is not equipped with the LATCH system. The bottom panel 66 is positioned over the top surface 124 of the seat back 122, between the top surface 124 and the headrest 126. The tether strap 90 is looped behind the headrest 126, and

6

the J-hook 96 is attached to the D-ring 88. The effective length of the tether strap 90 is adjusted by means of the adjustment buckle 94 so that the mirror and backing assembly 12 is at a proper angle for viewing the infant 38 along the optical axis 52 as is diagrammed in FIG. 1. In the "Headrest Attachment" configuration of FIGS. 5 and 6, the support element 74 is not employed, and can either lie on top of the headrest 126 as illustrated, or hang generally adjacent the rear surface 64 of the mirror and backing assembly 60. The D-ring 88 and extending tail 98 are not employed either.

FIGS. 7 and 8 more particularly illustrate the mirror device 50 or, more generally, the viewing panel device 50, in the third attachment configuration, referred to herein as the "Tuck Attachment" configuration. The "Tuck Attachment" configuration likewise may be employed in an older vehicle which is not equipped with the LATCH system, and which accordingly does not have a top tether anchorage point on the rear shelf 32. In this configuration, the extending tail 98 of the bottom panel 66 is folded and tucked in between the vehicle seat back 26 and the rear shelf 32, and held by friction, aided by the anti skid fabric on the bottom surface 72 of the bottom panel 66. The support structure 80, more particularly the support element 74 thereof, is adjusted, in combination with the particular point at which the fabric of the extending tail 98 is tucked in between the vehicle seat back 26 and rear shelf 32, so that the mirror and backing assembly 60 is positioned at an appropriate angle for viewing the infant 38 along the optical axis 54 as is diagrammed in FIG. 1. In the "Tuck Attachment" configuration of FIGS. 7 and 8, the D-ring 88 and the tether strap 90 with its J-hook are not employed.

Finally, FIGS. 9 and 10 more particularly illustrate the mirror device 50 or, more generally, the viewing panel device 50, in the fourth attachment configuration, referred to herein as the "Fastener Attachment" configuration. In the attachment configuration of FIGS. 9 and 10, the mirror device 50 is employed in combination with a rearwardly-positioned vehicle seat 130 which may or may not be the rearmost seat in the vehicle. The seat 130 includes a seat back 132 having a top surface 124, as well as an accessible rear surface 136. The "Fastener Attachment" configuration likewise may be employed in an older vehicle that is not equipped with the LATCH system.

In the "Fastener Attachment" configuration of FIGS. 9 and 10, the extending tail 98 is employed, as well as the strip 102 of the "hook" element 102 of a hook-and-loop fastener system. A strip 138 of adhesively-backed "loop" material is attached to the seat back rear surface 136 in an appropriate position. The fastener elements 102 and 136 together secure the extending tail 98 and thus the bottom panel 66 comprising part of the support structure 82 to the seat back 132. In the "Fastener Attachment" configuration of FIGS. 9 and 10, the D-ring 88 and tether strap 90 are not employed. The support structure 80, more particularly the support element 74 thereof, is adjusted, so that the mirror and backing assembly 60 is positioned at an appropriate angle for viewing the infant 38 along the optical axis 54 as is diagrammed in FIG. 1.

While specific embodiments of the invention have been illustrated and described herein, it is realized that numerous modifications and changes will occur to those skilled in the art. It is therefore to be understood that the appended claims are intended to cover all such modifications and changes as fall within the true spirit and scope of the invention.

US 6,857,753 B2

**7**

What is claimed is:

**1**. A viewing panel device for use in a vehicle including a relatively rearwardly-positioned vehicle seat with a seat back having a top surface, and including a top tether anchorage point intended for attachment of the top tether of a forward-facing child safety seat, said device comprising:

a viewing panel having a front viewing surface and a rear surface;

a support structure connected to said viewing panel generally on said rear surface thereof, said support structure including a portion that contacts the seat back top surface; and

a tether strap extending from said support structure and terminating in a fastener that attaches to the top tether anchorage point.

**2**. The device of claim **1**, wherein said front surface of said viewing panel comprises a mirror positionable for viewing an infant in a rear-facing child safety seat on the vehicle seat.

**3**. The device of claim **1**, wherein said support structure is adjustable.

**4**. The device of claim **1**, where said tether strap is adjustable.

**5**. The device of claim **1**, wherein said support structure and said tether strap are adjustable.

**6**. A viewing panel device for use in a vehicle including a relatively rearwardly-positioned vehicle seat with a seat back having a top surface, and including a top tether anchorage point intended for attachment of the top tether of a forward-facing child safety seat, said device comprising:

a viewing panel having a front viewing surface and a rear surface;

a support structure connected to said viewing panel generally on said rear surface thereof, said support struc-

**8**

ture including a portion that contacts the seat back top surface, said support structure comprising

a bottom panel having a top surface and a bottom surface that contacts the seat back top surface, and

a diagonal support element that extends between said viewing panel rear surface at an upper end of said support element and said bottom panel top surface at a lower end of said support element; and

a tether strap extending from said support structure and terminating in a fastener that attaches to the top tether anchorage point.

**7**. A viewing panel device for use in a vehicle including a vehicle seat with a seat back and a headrest positioned thereover, said device comprising:

a viewing panel having a front viewing surface and a rear surface;

a bottom panel attached to a generally lower portion of said rear surface of said viewing panel;

an element of a fastener connected to a generally upper portion of said viewing panel; and

a tether strap extending from said bottom panel and having a free end that is attachable to said fastener element when said tether strap is looped around the headrest to enable the device to be secured to the headrest.

**8**. The device of claim **7**, wherein said front surface of said viewing panel comprises a mirror positionable for viewing an infant in a rear-facing child safety seat on the vehicle seat.

**9**. The device of claim **7**, wherein said tether strap is adjustable.

* * * * *