Lauren J. Katunich (State Bar No. 227599)
lkatunich@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Tel: (310) 789-4600
Fax: (310) 789-4601

Petty Tsay Rader (State Bar No. 227563)
petty.rader@munchkin.com
MUNCHKIN, INC.
7835 Gloria Avenue
Van Nuys, CA 91406
Tel: (818) 893-5000
Fax: (818) 893-6343

Attorneys for Plaintiff
MUNCHKIN, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNCHKIN, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CARTER'S INC., GOLDBUG, INC. and EDDIE BAUER, LLC.<br><br>  Defendants. | Case No. 15-cv-01355-GW-JEM<br><br>**PLAINTIFF MUNCHKIN, INC.'S VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff Munchkin, Inc., pursuant to Fed.R.Civ.P. 41(a)(1), and hereby voluntarily dismisses this action against Defendants Carter's, Inc., Goldbug, Inc. and Eddie Bauer, LLC with prejudice. Each party shall bear their own attorneys fees and costs.

DATED: July 10, 2015          By:  /s/ Lauren J. Katunich
                                    Lauren J. Katunich
                                    Attorney for Plaintiff
                                    MUNCHKIN, INC.